**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Donna M. Henderson,**

**Plaintiff,**

**v.**

**Ford Motor Company,**

**Defendant.**

**CIVIL FILE NO. 01-1944 PAM/SRN**

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

- ☒ The Clerk is directed to file the Complaint.

- ☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: October 29, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

Filed OCT 29 2001
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______