138836

# UNITED STATES DISTRICT COURT
District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1944 PAM/SRN

### Affidavit of Movant

I, Kathryn Hipp Carlson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Stephen M. Bledsoe, an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X) defendant Ford Motor Company in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

Signature [signature]  Date 12-14-01

Minnesota Attorney License Number: 242020

Law Firm Address: Miller & Hipp, PLLP
111 Third Ave. South, Suite 240
Minneapolis, MN 55401

Telephone: ( ) (612) 333-8600

### Affidavit of Proposed Admittee

I, Stephen M. Bledsoe, am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Stephen M. Bledsoe  Signature: [signature]  Date: 12.06.01

Attorney License Number: 47048

Law Firm Address: Berkowitz, Feldmiller, Stanton, Brandt, Williams & Shaw, LLP
Two Emanuel Cleaver II Blvd., Suite 500
Kansas City, MO 64112

Telephone : ( ) (816) 561-7007

Case Number: ______ Judge Assigned: ______
Case Title: ______

Motion Granted: [signature]
For the Court, Francis E. Dosal, Clerk

DEC 17 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $75 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

Clerk, U.S. District Court
Federal Building, Room 708
316 North Robert Street
St. Paul, Minnesota 55101

FILED DEC 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______