**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Donna M. Henderson,**

**Plaintiff,**

v.

**Ford Motor Company,**

**Defendant.**

**Civil No. 01-1944 (PAM/SRN)**

**AMENDED NOTICE OF HEARING**

---

TO: Pro Se Plaintiff Donna M. Henderson, 8414 66th Street South, Cottage Grove, MN 55106;

Defendant above named and to Lee A. Lastovich, Esq., Felhaber, Larson, Fenlon & Vogt, 4200 First Bank Place, 601 2nd Avenue South, Minneapolis, MN 55402-4302; Jocelyn A. Villanueva, Esq., and Stephen M. Bledsoe, Esq., Berkowitz, Feldmiller, Stanton, Brandt, Williams & Stueve, 2 Emanuel Clever II Boulevard, Suite 500, Kansas City, MO 64112; Kathryn Hipp Carlson, Miller & Hipp, 111 3rd Avenue South, Suite 240, Minneapolis, MN 55401, attorneys for Defendant.

PLEASE TAKE NOTICE THAT oral argument on Plaintiff's Motion To Amend The Complaint previously scheduled for September 24, 2002, at 1:30 p.m. will now be heard on **October 9, 2002, at 1:30 p.m.** before United States Magistrate Judge Susan Richard Nelson in Courtroom 230, Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated: September 16, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

SEP 1 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK