**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

**Donna M. Henderson, f/k/a**
**Donna M. Evans,**

**Plaintiff,**

**vs.**

**Ford Motor Co.,**

**Defendant.**

**Case File 01 CV 1944 PAM/SRN**

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE 56 MOTION**

---

The above parties stipulate to the extension of time to 14 April 2003 for Plaintiff's Response to Defendant's Rule 56 Motion. Plaintiff requests the extension because of Plaintiff counsel's preparation for trial in the case of Mikkelson v. Melander et al., 02 C 0490 S (W.D. Wis. 2003) (Shabaz, J.), scheduled for trial in Madison, Wisconsin from April 7 to April 9, 2003.

Date: 18 March 2003

FOR THE PLAINTIFF:

Peter James Nickitas

Peter James Nickitas #212313
Counsel to Plaintiff
28 Orme Court
Saint Paul, Minnesota 55116
651.699.1864

FOR THE DEFENDANT:

See attached letter
signed by Stephen M. Bledsoe, Counsel

ORDER GRANTING EXTENSION:

The Court APPROVES the above stipulation. Plaintiff shall serve her opposition by 14 April 2003. Defendant shall file and serve all pleadings with the Court by the 24th of April, 2003.

Date: March 21, 2003

BY THE COURT:

~~Susan R. Nelson, Magistrate Judge~~
Paul A. Magnuson, Judge

FILED MAR 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

# BERKOWITZ STANTON BRANDT WILLIAMS & SHAW LLP

ATTORNEYS AT LAW

Stephen M. Bledsoe
sbledsoe@berkowitz-stanton.com
DD: (816) 627-0240

March 7, 2003

Peter James Nickitas
28 Orme Court
St. Paul, Minnesota 55116

Re: *Henderson v. Ford Motor Company*

Dear Mr. Nickitas:

I wanted to follow up on our discussion this week concerning your request for more time to respond to Ford's Motion for Summary Judgment. As I indicated, Ford is willing to allow plaintiff an extension of time to and including April 14, 2003, to file and serve plaintiff's opposition. However, Ford's agreement is conditioned on plaintiff obtaining an order from the Court extending the current April 1, 2003 deadline for completing dispositive motions and confirming the new dates for plaintiff's opposition and Ford's Reply. If the Court is unwilling to extend the dispositive motion deadline, obviously, Ford is unwilling to agree to any extension.

Very truly yours,

S. M. B.

Stephen M. Bledsoe