RECEIVED
05 APR 20 AM 11:53
CLERK U.S. DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| DONNA HENDERSON (EVANS) Plaintiff, v. FORD MOTOR COMPANY, Defendant. | ) | Case No.: 01-1944 PAM/SRN BILL OF COSTS |

Judgment having been originally entered in this action on May 16, 2003 and affirmed by the Eighth Circuit Court of Appeals on April 14, 2005, pursuant to Fed. R. Civ. P. 54 and 28 U.S.C. § 1920, Ford Motor Company requests the Clerk tax the following as costs totaling $5,991.49:

1. Fees of the Clerk totaling $50.00 for the Pro Hac Vice Applications of Stephen M. Bledsoe and Jocelyn Villanueva.

2. Fees of the court reporter for the deposition of plaintiff equaling $1,547.00.

3. Costs for the copying of documents produced by plaintiff totaling $4,394.49.

4. The Declaration of Stephen Bledsoe attesting that the costs are correct and were necessarily incurred in this action is attached along with documentation supporting these costs.

WHEREFORE, Ford respectfully requests that the Clerk award costs in Ford's favor in the amount of $5,991.49.

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

Respectfully submitted,

**BERKOWITZ STANTON**
**BRANDT WILLIAMS & SHAW LLP**

By: ______________________________
Stephen M. Bledsoe MO Bar # 47048
Jocelyn A. Villanueva MO Bar # 43448
Two Emanuel Cleaver II Boulevard,
Suite 500
Kansas City, Missouri 64112
(816) 561-7007
FAX: (816) 561-1888

**FELHABER, LARSON, FENLON & VOGT**
Lee Lastovich
225 South 6th Street, Suite 4200
Minneapolis, Minnesota 55402
(612) 339-6321
FAX: (612) 338-0535

**ATTORNEYS FOR DEFENDANT**
**FORD MOTOR COMPANY**

AFFIDAVIT OF SERVICE BY MAIL

STATE OF MISSOURI )
) ss.
COUNTY OF JACKSON )

The undersigned, being of lawful age and first duly sworn on oath, deposes and states that on April 19, 2005, he served the foregoing, by placing a true and correct copy and depositing the same, with postage prepaid, in the United States Mail, in an envelope addressed as follows:

Peter James Nickitas
28 Orme Court
St. Paul, Minnesota 55116

and that the original and three copies of the foregoing were sent by overnight delivery to:

Clerk of the Court
U.S. District Court for the District of Minnesota
708 Warren E. Burger Federal Bldg.
Courtroom 1
316 N. Robert Street
St. Paul, Minnesota 55101

Attorney for Defendant

Subscribed and sworn to before me, a Notary Public, this 19th day of April, 2005.

Sharon L. Barron
Notary Public

My Commission Expires:

" NOTARY SEAL "
Sharon L. Barron , Notary Public
Cass County, State of Missouri
My Commission Expires 3/26/2009
Commission Number 05437560

# BERKOWITZ STANTON BRANDT WILLIAMS & SHAW LLP

ATTORNEYS AT LAW

RECEIVED
05 APR 20 AM 11:52
CLERK, U.S. DIST. COURT
ST. PAUL, MN

**Sherry Barron**
**sbarron@berkowitz-stanton.com**
**DD: (816) 627-0226**

April 19, 2005

**VIA FEDERAL EXPRESS**

Clerk of the Court
USDC Minnesota
708 Warren E. Burger Federal Bldg.
316 N. Robert Street, Courtroom 1
St. Paul, MN 55101

Re: *Donna Henderson (Evans) v. Ford Motor Company*
Case No. 01-1944 PAM/SRN

Dear Sir or Madam:

1 copy return file date stamped! 4/20/05

Enclosed for filing are the original and three copies of a Bill of Costs in regard to the above matter. I would appreciate it if you would return a file-stamped copy to the undersigned in the enclosed postage prepaid envelope.

If you have any questions, please do not hesitate to call.

Very truly yours,

Sherry Barron

Sherry Barron
Secretary to Stephen M. Bledsoe

SLB
Enclosures