UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| DONNA HENDERSON (EVANS)<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 01-1944 PAM/SRN<br><br>DECLARATION OF STEPHEN BLEDSOE |

Stephen M. Bledsoe declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I have reviewed Ford's bills in this matter and have determined the costs and disbursements I believe are recoverable costs under Fed. R. Civ. P. 54 and 28 U.S.C. § 1920.

2. According to my calculations, the total taxable costs equal $5,991.49.

3. This total includes: 1) fees of the Clerk totaling $50.00 for the Pro Hac Vice Applications of Stephen M. Bledsoe and Jocelyn Villanueva; 2) fees of the court reporter for the deposition of plaintiff equaling $1,547.00 and 3) costs for the copying of documents produced by plaintiff in response to Ford's Request for Production of Documents totaling $4,394.49.

4. I have personal knowledge of the facts in this case and further declare that the costs requested are correct and have been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

I declare the foregoing is true and correct under penalty of perjury.

**Executed on April 19, 2005.**

Stephen M. Bledsoe

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

**BERKOWITZ, FELDMILLER, STANTON, BRANDT, WILLIAMS & STUEVE, L.L.P.**

Check Request Form

(please fill in all boxes except the shaded ones)

| | |
|---|---|
| Date 12-11-01 | Payee Clerk, US District Court |
| Attorney Villanueva | Amount $25.00 |
| File No. | Client Ford / Henderson (Evans) |
| Time Needed By | Case " " |
| Date Needed By | For Admission Fee for Jocelyn Villanueva to be admitted Pro Hac Vice |
| Check No. | |
| Date Paid | |

**BERKOWITZ, FELDMILLER, STANTON, BRANDT,** WILLIAMS & SHAW, LLP

14916

9999 Clerk, US District Court 12/11/2001 $25.00

| G/L Acct. | Matter I.D. | Description | Inv.No. | Amount |
|---|---|---|---|---|
| 2000-000 | 23625-00414 | Admission Fee for Ms. Vill | 12/11/200 | 25.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

**BERKOWITZ, FELDMILLER, STANTON, BRANDT, WILLIAMS & STUEVE, L.L.P.**

Check Request Form
(please fill in all boxes except the shaded ones)

| | |
|---|---|
| Date 12-11-01 | Payee Clerk, US District Court |
| Attorney Bledsoe | Amount $25.00 |
| File No. | Client Ford / Henderson (Evans) |
| Time Needed By | Case " " |
| Date Needed By | For Admission fee for Steve Bledsoe to be admitted Pro Hac Vice |
| Check No. | |
| Date Paid | |

**BERKOWITZ, FELDMILLER, STANTON, BRANDT,** WILLIAMS & SHAW, LLP

14915

9999 Clerk, US District Court 12/11/2001 $25.00

| G/L Acct. | Matter I.D. | Description | Inv.No. | Amount |
|---|---|---|---|---|
| 2000-000 | 23625-00414 | Admission Fee for Mr. Bled | 12/11/01 | 25.00 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

**BERKOWITZ STANTON**

18469

1517 Garretson & Associates 12/31/2002 $1,547.00

| G/L Acct. | Matter I.D. | Description | Inv.No. | Amount |
|---|---|---|---|---|
| 2000-000 | 23625-00414 | | 2059 | 1,547.00 |

(1) 9-faxed 1/27/03

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

**GARRETSON & ASSOCIATES**
**COURT REPORTERS**
890 Barbara Court
St. Paul, Minnesota 55118

(651) 688-9333
Fax (651) 454-5208

Christine E. Garretson

INVOICE FOR SERVICES RENDERED

INVOICE DATE

12-20-02

INVOICE NUMBER

2059

TO: Steve Bledsoe, Esquire
BERKOWITZ LAW FIRM
2 Emanuel Cleaver Boulevard
Suite 500
Kansas City, MO 64112

12-5-02 RE: Henderson vs. Ford Motor Company
12-6-02

For the original and one copy of the deposition of DONNA HENDERSON, V1 and V2, taken in Minneapolis, Minnesota plus exhibits

THANK YOU. $1547.00

Reporter: Mary Pierson
Employer ID NO: 41-1642148

Please remit one copy with payment
Make checks payable to Christine E. Garretson d/b/a
Garretson & Associates
DUE ON RECEIPT OF TRANSCRIPT

BERKOWITZ STANTON 18229

1510 Merrill Communications LLC 11/30/2002 $4,394.49

| G/L Acct. | Matter I.D. | Description | Inv.No. | Amount |
|---|---|---|---|---|
| 2000-000 | 23625-00414 | | 160981 | 4,394.49 |

DELUXE BUSINESS FORMS 1+800-328-0304 www.deluxeforms.com

**MERRILL
COMMUNICATIONS LLC**

**Location:** DMS-MPLS

**Any Inquiries Call:** **612-338-1181**

Felhaber Larson Fenlon & Vogt
225 South Sixth Street
Suite 4200
Minneapolis, MN 55402-4302
**Attn:** Katie

**Invoice #:** 160981
**Invoice Date:** 07-NOV-02
**Merrill Order #:** 002-229524
**Client Matter #:** 9346.002
**Date Received:** 01-NOV-02
**Salesperson:** HOUSE ACCOUNT DMS

**TERMS:** **DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 36 | Litigation, 11 x 17 | $.3000 | $10.80 |
| 6379 | Litigation, Glasswork | $.2500 | $1,594.75 |
| 8095 | Litigation, Heavy | $.1900 | $1,538.05 |
| 6226 | Litigation, Medium | $.1500 | $933.90 |
| 29.5 | Oversize Per Square Foot | $1.0000 | $29.50 |
| | **Subtotal:** | | **$4,107.00** |
| | **Messenger and Freight:** | | **$.00** |
| | **Postage:** | | **$.00** |
| | **Tax:** | | **$287.49** |
| | **Total Invoice:** | | **$4,394.49** |

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271