**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
FEDERAL COURT BUILDING
316 NORTH ROBERT STREET
ST. PAUL MINNESOTA 55101

MICHAEL E. GANS
Clerk of Court

TELEPHONE
(651) 848-1300

July 13, 2005

RECEIVED
05 JUL 13 PM 3:18
CLERK U.S. DIST. COURT
ST. PAUL, MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-2571 Donna M. Henderson vs. Ford Motor Company

District Court/Agency Case Number(s): CIV 01-1944 PAM/SRN

Dear Mr. Sletten:

We are returning two volumes of transcripts as the above-styled appeal has been mandated by the United States Court of Appeals for the Eighth Circuit.

If you have any questions or concerns, please call us.

(5203-010199)

Sincerely,

MICHAEL E. GANS, CLERK

by Carrine Zilge
Deputy Clerk

cyz

Enclosure(s)

SCANNED
JUL 13 2005
U.S. DISTRICT COURT ST. PAUL