**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Donna M. Henderson (Evans),

Plaintiff, Civil No. 01-9144 (PAM/SRN)

v.

Ford Motor Company,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $50.00 | $50.00 |
| Fees of the Court Reporter | $1,547.00 | $1,547.00 |
| Fees for Exemplification and Copies | $4,934.49 | $4,934.49 |
| TOTAL: | $5,991.49 | $5,991.49 |

Costs, therefore, are taxed in the sum of Five Thousand Nine Hundred Ninety One and 49/100 Dollars ($5,991.49) in favor of Defendant Ford Motor Company, and against Plaintiff Donna Henderson, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 18, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk