**TAXATION OF COSTS SUMMARY**

Civil No. 01-1944 (PAM/SRN)

Donna M. Henderson (Evans),

v.

Ford Motor Company.

---

I. Fees of the Clerk

Claimed $50.00 Allowed $50.00

II. Fees of the Court Reporter

Claimed $1,547.00 Allowed $1,547.00

II. Fees for Exemplification and Copies

Claimed $4,934.49 Allowed $4,934.49

**TOTAL ALLOWED: $5,991.49**

Dated: August 18, 2005